4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

**Case: 2:26-cr-20204**
**Judge: Parker, Linda V.**
**MJ: Patti, Anthony P.**
**Filed: 04-09-2026 At 01:11 PM**
**INDI USA V. JACOB CROY (DA)**

v.

Violation: 18 U.S.C. § 844(e)

JACOB CROY,

Defendant.

_____ /

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 844(e)
*Use of an instrument of interstate or foreign commerce to threaten to destroy a building through the use of an explosive.*

On or about March 12, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Jacob Croy, did through the use of a telephone, an instrument of interstate and foreign commerce, willfully make a threat to kill and injure a person, and to unlawfully damage and destroy a building, namely, "420 Madison" in Toledo, Ohio, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

1

## FORFEITURE ALLEGATION
### 18 U.S.C. § 981 and 28 U.S.C. § 2461

1.     The allegations above contained in Count One of this Indictment are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

2.     As a result of violating Title 18, United States Code, Section 844(e), as set forth in this Indictment, the defendant shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

3.     Substitute Assets:  If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     Cannot be located upon the exercise of due diligence;

(b)     Has been transferred or sold to, or deposited with, a third party;

(c)     Has been placed beyond the jurisdiction of the Court;

(d)     Has been substantially diminished in value; or

(e)     Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

4.     Money Judgment:  Upon conviction of the violation alleged in this Indictment, the United States will seek a forfeiture money judgment against the defendant in an amount equal to the total amount of proceeds obtained as a result of defendant's violation of Title 18, United States Code, Sections 2113(a), as alleged in this Indictment.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
MARK BILKOVIC
Chief, Violent & Major Crimes Unit

*s/ Terrence R. Haugabook*
TERRENCE R. HAUGABOOK
Assistant United States Attorney

Dated: April 9, 2026

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | **Case: 2:26-cr-20204**<br>**Judge: Parker, Linda V.**<br>**MJ: Patti, Anthony P.**<br>**Filed: 04-09-2026 At 01:11 PM** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

**INDI USA V. JACOB CROY (DA)**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Jacob Croy

**County where offense occurred :** Wayne

**Check One:**      ☒Felony            ☐Misdemeanor            ☐Petty

_____Indictment/_____Information --- **no** prior complaint.
__✓__Indictment/_____Information --- based upon prior complaint [**Case number:** 26-30051            ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 9, 2026
Date

s/ Terrence G. Haugabook

Terrence G. Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9157
Fax:   313-226-2372
E-Mail address: Terrence.Haugabook@usdoj.gov
Attorney Bar #: P44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.